Debbie P. Kirkpatrick, Esq. (SBN 207112)
Sondra R. Levine, Esq. (SBN 254139)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste. 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:  619/296-2013
dkirkpatrick@sessions-law.biz
slevine@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID LAWRENCE, | ) Case No.  CV 10-008686-DGM-JCG |
| | ) |
| Plaintiff, | ) |
| vs. | ) STIPULATION OF DISMISSAL |
| | ) |
| NCO FINANCIAL SYSTEMS INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

  Plaintiff David Lawrence and Defendant NCO Financial Systems, Inc. submit this Stipulation of Dismissal and state as follows:

  All claims and causes of action against Defendant which were or could have been the subject matter of this lawsuit have been withdrawn and the parties agree to dismissal of said claims and causes of action without prejudice.

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant through their designated counsel that the above captioned action is dismissed without prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1).

Dated: July 19, 2011         KROHN & MOSS, LTD.

*/s/Ryan Lee*
Ryan Lee, Esq.
Attorney for Plaintiff
David Lawrence

Dated: July 19, 2011         SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/ Debbie P. Kirkpatrick*_____
Debbie P. Kirkpatrick
Attorney for Defendant
NCO Financial Systems, Inc.