Debbie P. Kirkpatrick, Esq. (SBN 207112)
Sondra R. Levine, Esq. (SBN 254139)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste. 150
San Diego, CA  92108
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
slevine@sessions-law.biz

Attorney for Defendant NCO Financial Systems, Inc.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID LAWRENCE, | Case No.   CV 10-8686-DMG(JCGx) |
| Plaintiff, | ORDER GRANTING STIPULATION OF DISMISSAL [14] |
| vs. | |
| NCO FINANCIAL SYSTEMS INC. | |
| Defendant. | |

Having considered the Stipulation of Dismissal by Plaintiff David Lawrence and Defendant NCO Financial Systems, Inc.

IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice.

Dated:   July 19, 2011

_____
HON. DOLLY M. GEE
UNITED STAES DISTRICT JUDGE